# UNCLAIMED FUNDS

DECEMBER 17, 2009

| | |
|---|---|
| 05-60364 | KATHY GALLION<br>CREDITOR DID NOT CASH CHECK<br>CHECK #404324 FOR $71.46<br>CENTRAL COLLECTION AGENCY<br>DIVISION OF TAXATION<br>1701 LAKESIDE AVENUE<br>CLEVELAND, OH  4411411 |
| ✓ 05-60364 | KATHY GALLION<br>CREDITOR DID NOT CASH CHECK<br>CHECK #404325 FOR $797.88<br>CENTRAL COLLECTIONS AGENCY<br>DIISION OF TAXATION<br>1701 LAKESIDE AVENUE<br>CLEVELAND, OH  4411411 |
| 05-69268 | DANIEL HOERT, JR<br>DANYELE HOERT<br>CREDITOR DID NOT CASH CHECK<br>CHECK #404326 FOR $1,233.39<br>FIRST MERIT MTG. CORP<br>4455 HILLS & DALES RD NW<br>CANTON, OH  44708 |